# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

**NAKYA BURNS**                                **CASE NO. 3:18-CV-01608**

**VERSUS**                                         **JUDGE TERRY A. DOUGHTY**

**SIMPLY 10 OR 10 BELOW, L.L.C., ET AL.**    **MAG. JUDGE KAREN L. HAYES**

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Rule 12(b)(6) Motion to Dismiss [Doc. No. 12] filed by Defendant Simply 10 d/b/a 10 Below, L.L.C., is **GRANTED**, and Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**, as to all parties, in its entirety, at Plaintiff's cost.

Monroe, Louisiana, this 28th day of May, 2019.

                                                  _____
                                                  TERRY A. DOUGHTY
                                                  UNITED STATES DISTRICT JUDGE